AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nickerson, William M. | Maryland | 10/24/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior St | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

101 W. Lombard Street
Baltimore MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/24/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Md. Judicial Pension Plan | $29,727.36 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/24/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bristol Myers Squibb cmn | B | Dividend | L | T | | | | | |
| 2. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | L | T | | | | | |
| 3. Coca Cola Co. cmn | C | Dividend | M | T | | | | | |
| 4. Colgate Palmolive Co. cmn | B | Dividend | L | T | | | | | |
| 5. Diamond Offshore Drilling Co. cmn | A | Dividend | K | T | | | | | |
| 6. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 7. Equifax Inc. cmn | A | Dividend | K | T | | | | | |
| 8. General Electric Co. cmn | B | Dividend | K | T | | | | | |
| 9. General Mills Inc. cmn | B | Dividend | L | T | | | | | |
| 10. Johnson & Johnson cmn | C | Dividend | L | T | | | | | |
| 11. Merck & Co., Inc. cmn | A | Dividend | K | T | | | | | |
| 12. Pitney Bowes, Inc. cmn | A | Dividend | J | T | | | | | |
| 13. Procter & Gamble Co. cmn | A | Dividend | J | T | | | | | |
| 14. Mutual Shares Fund | A | Dividend | J | T | | | | | |
| 15. Constellation Energy cmn | A | Dividend | J | T | | | | | |
| 16. Cheesecake Factory Inc. cmn | | None | K | T | | | | | |
| 17. Jones Grp cmn (Formerly Jones Apparel) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 19. T.R.P. Tax Exempt M/M | A | Dividend | M | T | | | | | |
| 20. J P Morgan - Trust | A | Distribution | P1 | T | | | | | |
| 21. - J P Morgan US DollarPrincipal (Form Deposit Sweep Inst'l. | | | | | | | | | |
| 22. - JP Morgan Short Term Mun. Bd. Fd. | | | | | Buy (add'l) | 09/28/10 | K | | See VIII |
| 23. - Verizon Communications | | | | | | | | | |
| 24. - Chevron Corp. | | | | | | | | | |
| 25. - Dow Chemical | | | | | | | | | |
| 26. - Gen Elect Co | | | | | | | | | |
| 27. - Exxon Mobil Corp | | | | | | | | | |
| 28. - J P Morgan Core Bond Sel Fid Fund | | | | | | | | | |
| 29. - Altria Group, Inc. | | | | | | | | | |
| 30. - American Electric Power Co, Inc. | | | | | | | | | |
| 31. - Bank of America Corp ( Formerly New) | | | | | | | | | |
| 32. - Boeing Co. | | | | | | | | | |
| 33. - Bristol Meyers Squibb Co | | | | | | | | | |
| 34. - Consolidated Edison, Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Dominion Resources Inc VA | | | | | | | | | |
| 36. - Home Depot, Inc. | | | | | | | | | |
| 37. - McDonalds Corp. | | | | | | | | | |
| 38. - Duke Energy ( Formerly Hldg.) Corp. | | | | | | | | | |
| 39. - Travelers Cos. Inc. | | | | | | | | | |
| 40. - Whirlpool Corp. | | | | | Sold | 09/28/10 | K | | See VIII |
| 41. - Kraft Foods, Inc. | | | | | | | | | |
| 42. - Spectra Energy Corp. | | | | | | | | | |
| 43. - Pfizer Inc. | | | | | | | | | |
| 44. - Philip Morris Int'l., Inc. (X) | | | | | | | | | |
| 45. - Kellogg Co. | | | | | | | | | |
| 46. - Coca-Cola Co. | | | | | | | | | |
| 47. - Sysco Corp. | | | | | | | | | |
| 48. - Yum Brands Inc. | | | | | | | | | |
| 49. - Frontier Communications Corp. | A | Dividend | J | T | Spinoff (from line 23) | 07/08/10 | J | | See VIII |
| 50. Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 51. Intel Corp cmn | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PNC Finl. Svs. Grp. cmn | A | Dividend | K | T | | | | | |
| 53. Microsoft Corp cmn | A | Dividend | J | T | | | | | |
| 54. T. Rowe Price Inc. cmn | A | Dividend | K | T | | | | | |
| 55. Zebra Tech cmn | | None | K | T | | | | | |
| 56. Wal-Mart Stores cmn | A | Dividend | J | T | | | | | |
| 57. Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | J | T | | | | | |
| 58. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 59. Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 60. Medcohealth Solutions, Inc. cmn | | None | J | T | | | | | |
| 61. Massachusetts Mutual Ins. Co. - whole life policy | B | Dividend | L | T | | | | | |
| 62. Navy Mutual Aid Ass'n. perm. plus life ins. policy | B | Dividend | K | T | | | | | see VIII |
| 63. Ameriprise Trust Co. ACF [ ] IRA | | | | | | | | | |
| 64. - Columbia Acorn Fd. - A | | | L | T | | | | | |
| 65. - Columbia (Formerly Riversource)Diversified Bd. Fd. Cl A | A | Dividend | J | T | Sold (part) | 06/13/11 | J | | |
| 66. -(Columbia ( Formerly Riversource) High Yield Bd. Fd. Cl A | A | Dividend | K | T | | | | | |
| 67. - I Shares MSCI Emerging Mkts. | A | Dividend | K | T | | | | | |
| 68. - I Shares Russell 1000 Value | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - I Shares Russell 1000 Growth | A | Dividend | L | T | | | | | |
| 70. - I Shares S&P Europe 350 Index | A | Dividend | | | Sold | 02/09/11 | K | | |
| 71. - I Shares S&P Midcap400 Barra Growth Index Fd. | A | Dividend | K | T | | | | | |
| 72. - I Shares S&P Midcap 400 Barra-Value Index Fd. | A | Dividend | K | T | | | | | |
| 73. - I Shares S&P Smallcap 600 Index Fd. | A | Dividend | L | T | | | | | |
| 74. - Morgan Stanley Capital Trust V | A | Dividend | K | T | | | | | |
| 75. - Fidelity Advisor New Insights - T Fd. | | None | K | T | | | | | |
| 76. - Columbia (Formerly RVS) Diverse Equity Inc. - A | A | Dividend | J | T | Sold (part) | 12/23/11 | K | | |
| 77. - MFS Intl. Diverse - A | A | Dividend | K | T | | | | | |
| 78. - Fidelity Advisor Mid Cap II - A | | None | K | T | | | | | |
| 79. Columbia Mult Adv( FormerlyRiversource) Intl Sel Val-A Fund | A | Dividend | | | Sold | 02/10/11 | J | A | |
| 80. Columbia Mid Cap Value -A Fund | A | Dividend | K | T | | | | | |
| 81. Columbia Small Cap Value A Fund | A | Dividend | K | T | | | | | |
| 82. Columbia Recovery & Infrst A Fd. (Formerly Rvs. Rec. & Infrst | A | Dividend | K | T | Buy (add'l) | 02/09/11 | K | | See VIII |
| 83. Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |
| 84. Fidelity Advisor New Insights A Fd. | | None | K | T | | | | | |
| 85. MFS Value - A Fd. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 87. Oppenheimer Developing Mkts. - A Fd. | A | Dividend | J | T | | | | | |
| 88. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 89. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 90. Investment property, Baltimore, MD | | None | M | R | | | | | see VIII |
| 91. Lender Proc. Svcs., Inc. - cmn | A | Dividend | J | T | | | | | |
| 92. Riversource Ret. Adv. 4 Ad. VA Annuity | C | Int./Div. | M | U | | | | | |
| 93. Riversource Rec. & Infra. A Fd. | A | Dividend | J | T | | | | | |
| 94. Franklin MD Tax Free Inc. - A | A | Dividend | J | T | | | | | |
| 95. Columbia Acorn Int'l. - A Fd. | A | Dividend | K | T | Buy | 02/07/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/24/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Part VII, line 62 references a life insurance policy inadvertently omitted on previous reports which accrues "credits" rather than dividends, and carries a current cash value.

2. Part VII, line 82 references Columbia Recovery & Infrst. A Fund ( previously listed at line 84 of my 2010 report).
Line 96 of my 2010 report referenced Riversource Recovery & Infrst. A Fd. as a separate asset. In actuality, it is the same asset as the Columbia Recovery & Infrst. A Fund. The name was changed from Riversource ... to Columbia ... . Accordingly, the Riversource Fund shown at line 84 of the 2010 report has been stricken.

3. Part VII, lines 22, 40 and 49 reference transaction dates outside the reporting date because the assets are held in a trust administered by the JP Morgan-Chase Bank which only provides trading information for the fiscal year - July 1, 2010 to June 31, 2011.

4. Part VII, line 90. As previously reported, this property was purchased on 11/07/2007 for $110,000.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William M. Nickerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544